# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Rafael Valdez Jr., Stefanie Diamond, Michael Belushi Lewis, individually, and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Emanate Health,<br><br>Defendant. | CASE NO.: 2:23-cv-07828-SVW-JPR<br><br>*Assigned to the Honorable Stephen V. Wilson*<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Date Action Filed: September 19, 2023<br>Courtroom: 10A<br><br>Trial Date: TBD |

1  The Court, having reviewed Plaintiffs' Notice of Voluntary Dismissal Pursuant to
2  Fed. R. Civ. P. 41, and GOOD CAUSE APPEARING, therefore, it is hereby ORDERED:
3  This action is dismissed without prejudice.

5  **IT IS SO ORDERED**.

Dated: November 13, 2023

_[signature]_
Hon. Stephen V. Wilson
United States District Judge